

**NUMBER 13-16-00221-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

### IN RE STATE OF TEXAS EX REL. MARK SKURKA

---

**On Petition for Writ of Mandamus and Prohibition
and Motion for Emergency Stay.**

---

# ORDER

**Before Chief Justice Valdez and Justices Rodriguez and Garza
Order Per Curiam**

Relator, the State of Texas ex rel. Mark Skurka, has filed a petition for writ of mandamus and prohibition with this Court on April 15, 2016, contending that the Honorable Missy Medary, presiding judge of the 347th Judicial District Court of Nueces County, Texas, abused her discretion, leaving relator without an adequate remedy by appeal, by ordering the State to disclose, before 5:00 p.m. on April 15, 2016, which jail telephone recordings of the defendant it will present as evidence at trial in trial court cause number 15-CR-3503-H. Relator has also filed a motion for emergency stay in which it

asks this Court to stay the underlying proceedings until such time as we may fully consider the petition for writ of mandamus.

Having reviewed relator's petition and motion, we hereby GRANT the motion for emergency stay and ORDER all proceedings in trial court cause number 15-CR-3503-H STAYED until further order of this Court.

We further ORDER the real party in interest, Antonio Aguilera, to file any response to the petition for writ of mandamus with this Court on or before 5:00 p.m. on Friday, April 22, 2016.

PER CURIAM

Do Not Publish.
TEX. R. APP. P. 47.2(b)
Order delivered and filed the
15th day of April, 2016.

2